UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X  Case No. 1:22-cv-07304-ARR-CLP
ROGELIO ANDRADE,

                                       **NOTICE OF AMENDED MOTION FOR**
                *Plaintiff*,           **ENTRY OF DEFAULT JUDGMENT**

   -against-

A TO Z HARDWARE INC. and
ABDO ALSAIDA,

                           *Defendants.*
--------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the Affidavit of LINA STILLMAN, ESQ., sworn to February 27, 2024, and the exhibits annexed thereto, and upon all the prior pleading and proceedings in the above-captioned action Plaintiff ROGELIO ANDRADE shall move before the Hon. Allyne R. Ross, U.S.D.J. at the Court located at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at Court Room _____ on the _____day of _____ 2024 at _____ or as soon thereafter as counsel may be heard, why an order should not be entered herein:

    I.   Pursuant to Rule 55 of Federal Rules of Civil Procedure and Local Rule 55.2(b), entering an Order granting default judgment in favor of Plaintiff ROGELIO ANDRADE and against Defendant ABDO ALSAIDA for the claims asserted in the Second, Third and Fourth Causes of Action in the Complaint and awarding Plaintiff damages, attorney's fees, and costs upon said claims; and

    II.  Granting such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than three (3) days prior to the return date of this motion.

Dated:  New York, New York
          February 27, 2024

   <u>/s/ Lina Stillman</u>
Lina Stillman, Esq. (LF1102)
STILLMAN LEGAL, P.C.
42 Broadway, 12th Floor
New York, NY 10004
(212) 203-2417
LS@StillmanLegalPC.com
*Attorneys for Plaintiff*