UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X  Case No. 1:22-cv-07304-ARR-CLP
ROGELIO ANDRADE,

                 *Plaintiff*,

   -v.-                                   **JUDGMENT**

A TO Z HARDWARE INC. and
ABDO ALSAIDA,

                 *Defendants.*
---------------------------------------------------------X

     Defendants A TO Z HARDWARE INC. and ABDO ALSAIDA, individually, having previously defaulted in appearing herein and having been duly served with process and a copy of the Amended Complaint in the above-captioned action; and default having been entered against said Defendants, pursuant to R. 55(a) for failure to answer, plead or otherwise defend within the time period allowed by the rules of this Court; and the Plaintiff having filed an affidavit setting forth the particular statement of the items of its claim, the amounts and dates, a calculation in figures of the amount of interest, the payments or credits, if any, and the net amount due; it is

     **ORDERED and ADJUDGED** that final judgment is hereby entered in favor of Plaintiff ROGELIO ANDRADE and against Defendants A TO Z HARDWARE INC. and ABDO ALSAIDA, in the amount of **$153,498.00,** with prejudgment interest thereon in the amount of **$13,814.82,**

Dated:!! Brooklyn, New York
          May 9, 2025

                                         Brenna B. Mahoney
                                         Clerk of Court

                          by: _Jalitza Poveda_____
                                     Deputy Clerk