UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X   Case No. 1:22-cv-07304-ARR-CLP
ROGELIO ANDRADE,

                    *Plaintiff*,   **NOTICE OF MOTION**
                                                      **FOR DEFAULT JUDGMENT**

   -v.-

A TO Z HARDWARE INC. and
ABDO ALSAIDA,

                    *Defendants.*
--------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the Declaration of LINA STILLMAN, ESQ. dated May 28, 2025, the Affidavit of Plaintiff ROGELIO ANDRADE sworn to on May 28, 2025, and the exhibits annexed thereto, and upon all the prior pleading and proceedings in the above-captioned action, Plaintiff shall move before the Honorable Allyne R. Ross, U.S.D.J. at the Court located at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201,on the _____day of June 2025 at _____ or as soon thereafter as counsel may be heard, why an order should not be entered herein:

    I.    Pursuant to Rule 55(b)(2) of Federal Rules of Civil Procedure and Local Rule 55.2(b), entering an Order granting default judgment in favor of Plaintiff ROGELIO ANDRADE and against Defendants A TO Z HARDWARE INC. and ABDO ALSAIDA, individually, for the claims asserted in the First Amended Complaint and awarding Plaintiff damages and costs upon said claims; and

    II.    Granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than three (3) days prior to the return date of this motion.

Dated:  New York, New York
        May 28, 2025

                                                                  /s/ Lina Stillman
Lina Stillman, Esq. (LF1102)
STILLMAN LEGAL, P.C.
42 Broadway, 12th Floor
New York, NY 10004
(212) 203-2417
LS@StillmanLegalPC.com
*Attorneys for Plaintiff*

TO:

A TO Z HARDWARE INC.
ABDO ALSAIDA
9510 Church Avenue
Brooklyn, NY 11212